H. ROBY & BROTHERS *v.* THE CORPORATION OF THE UNIVER-
SITY OF VERMONT.

[IN CHANCERY.]

*Mechanics' Lien.*

A mechanic's lien upon a building for labor and materials rests only upon the
building itself, but carries with it such right to the land on which the building
stands and which is appurtenant thereto, as is necessary to enable the party
holding the lien to hold, appropriate and use the building for all the legiti-
mate purposes to which such building might be put, in order to render it
available as property in its full value and usefulness.

Flanagan *v.* Hoyt.

BILL for the foreclosure of mechanics' lien. The bill set forth the facts creating the lien, and the steps taken by the orators, in compliance with the statutory requirements, to perfect their lien. At the September Term, 1863, KELLOGG, CH., the bill was taken as confessed for the want of an answer, and on a hearing upon the settlement of the decree, the Chancellor decreed that the orators were entitled to a mechanics' lien only upon the building and addition thereto described in the bill, and rendered a decree of foreclosure accordingly, with costs, with the usual time of redemption, from which decree the orators appealed.

*Wm. G. Shaw,* for the orators.

*Geo. F. Edmunds,* for the defendant.

BY THE COURT. In this case the court hold that the *lien* created by the proceedings set forth, rested only upon the building on which the work was done—but carried with it such right to the land on which the building stands and which is appurtenant to it as should be necessary to enable the orators to hold, appropriate, and use the building for all the legitimate purposes to which said building might be put in order to render it available as property, in its full value and usefulness. It is conceded by the defendant's counsel, and stated in his brief, that "the lien on the building gives, of course, a right in the soil on which it stands, and access, as incident to it." Under the view above expressed, the decree is affirmed.